UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 18-17-SMM
Case No Other District: 5:08-CR-00174-001 ND/New York (Utica Division)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DAVID HALL,
    Defendant.
_____/

**WARRANT OF REMOVAL**

FILED BY __CGA__
Deputy Clerk
**Mar 7, 2018**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

A(n)
☐ Complaint
☐ Indictment
☐ Information
X Supervised Release Violation Warrant
☐ Bench Warrant

having been filed in the ___Northern District of New York___, charging the above named defendant with Violation conditions of Supervised Release, and the defendant having:

☐ surrendered    X been arrested    in the Southern District of Florida,

and, having had an initial appearance before the Court and having:

X waived further hearing    ☐ been given a hearing in accordance with **Fed.R.Crim.P.5(c).**

And, having **not** posted the bail as set by the Court, it is thereupon,

**ORDERED AND ADJUDGED** as follows:

1. The defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.
2. All documents filed with the Clerk of Court in this case shall be **transferred** to the district where the charge is outstanding.

**DONE AND ORDERED** at the Federal Courthouse located in Fort Pierce, Florida this 7th day of March, 2018.

_____
**SHANIEK M. MAYNARD**
**UNITED STATES MAGISTRATE JUDGE**

cc: U.S. Marshal Service, Defense counsel and United States Attorney's Office